

# THE THIRTEENTH COURT OF APPEALS

13-16-00659-CR

The State of Texas
v.
Miguel Martinez

On appeal from the
332nd District Court of Hidalgo County, Texas
Trial Cause No. CR-0324-16-F

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the appeal of the trial court should be dismissed for want in jurisdiction in part, and the judgment of the trial court reversed and remanded in part. The Court orders the appeal DISMISSED FOR WANT OF JURISDICTION IN PART and the trial court's judgment REVERSED and REMANDED IN PART for further proceedings in accordance with its opinion.

We further order this decision certified below for observance.

April 12, 2018